IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TONYA CAPALLIA-EASON,

        Appellant,

v.

        Case No. 5D23-90
        LT Case No. 2016-CF-990

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed January 17, 2023

3.850 Appeal from the Circuit Court
for Nassau County,
James H. Daniel, Judge.

William Mallory Kent, of Kent &
McFarland, Jacksonville, for
Appellant.

Ashley Moody, Attorney General, and
Michael McDermott, Senior Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

     AFFIRMED.

MAKAR, WALLIS and JAY, JJ., concur.